PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: Timothy.Bolin@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KEVIN VOUA LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-02467-CMK<br><br>STIPULATION AND ORDER<br>FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended from July 5, 2016 to August 4, 2016. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant needs this extension due to her attorney's inordinately heavy caseload through June 2016 and into July 2016, and her pre-approved leave schedule. Defendant respectfully requests this additional time to respond to Plaintiff's arguments.

The parties further stipulate that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated:  June 28, 2016

*/s/ Young Cho*\*
(\* As authorized via email on June 28, 2016)
YOUNG CHO
LAW OFFICES OF LAWRENCE D. ROHLFING

Attorney for Plaintiff

Dated:  June 28, 2016

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Timothy R. Bolin*
TIMOTHY R. BOLIN
Special Assistant United States Attorney

Attorneys for Defendant

Of Counsel to Defendant:
BEATRICE NA
Assistant Regional Counsel

ORDER

APPROVED AND SO ORDERED:

Dated:  June 29, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE